UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PRECISION SEED PRODUCTION LLC, a Washington limited liability company,<br><br>                Plaintiff,<br><br>                v.<br><br>ADVANTA SEED INTERNATIONAL, a Mauritius limited by shares company,<br><br>                Defendant. | No.   2:15-CV-0248-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 13, 2017, the parties filed a stipulated dismissal with prejudice, ECF No. 28. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulated Dismissal With Prejudice, **ECF No. 28**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

ORDER **-** 1

Case 2:15-cv-00248-SMJ   Document 29   Filed 01/13/17

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 13th day of January 2017.

_[signature]_

SALVADOR MENDOZA, JR.
United States District Judge

ORDER - 2